UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
B2C Industries, Inc.,

                Plaintiff,

- against -

HGM Carrier,

                Defendant.
------------------------------------------------------x

ORDER
10-CV-4041 (NG)(RML)

GERSHON, United States District Judge:

The Report and Recommendation of the Hon. Robert M. Levy dated August 22, 2011, to which no objections have been filed, is adopted in its entirety. The court grants plaintiff's motion for a default judgment and directs the Clerk of Court to enter judgment for $150,090.00.

SO ORDERED.

s/NG
_____
NINA GERSHON
United States District Judge

Dated:     Brooklyn, New York
             September 12, 2011