L t F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| B2C INDUSTRIES, INC.,<br><br>                     Plaintiff,<br><br>  - against -<br><br>HGM CARRIER, INC.,<br><br>                     Defendants. | Index No.: 10 Civ. 4041 (NG)(RML)<br><br>ECF CASE<br><br>**ORDER FOR RULE 30(b)(6)**<br>**DEPOSITION** |

TO:   HGM Carrier, Inc.
        10142 118th Street
        South Richmond Hill, New York 11419
        dispatch@hgmcarrier.com

**IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 30, B2C Industries, Inc. ("Judgment Creditor") shall conduct the oral deposition of an officer, director, or managing agent of **HGM CARRIER, INC.** ("Judgment Debtor") with personal knowledge of (1) the current financials of HGM Carrier, Inc. and (2) the amount of and location of liquid and non-liquid assets belonging to or held in the name of HGM Carrier, Inc., at the offices of plaintiff's attorneys, at 61 Broadway, Suite 3000, New York 10006, beginning at <u>10:30 a.m.</u> on a date to be designated by the Judgment Creditor. This deposition will take place before a person authorized by law to administer oaths.

**IT IS FURTHER ORDERED THAT**:

**Judgment Debtor** is required to appear for the deposition so scheduled, and any failure to appear for the deposition, or any attempts to impede, delay, or frustrate the fair examination of the deponent, may result in Court-imposed sanctions against the **Judgment Debtor** including the reasonable expenses and attorneys' fees incurred by plaintiff.

**IT IS FURTHER ORDERED THAT:**

The automatic 14 day stay provision of Fed. R. Civ. P. 62 does not apply and enforcement of the judgment can be done immediately and **Judgment Debtor** and/or anyone acting on its behalf is prohibited from taking any action to defraud the **Judgment Creditor**.

So Ordered this 14 day of September, 2011

_____s/RML_____
U.S.M.J.